**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-1863**

_____

DANIEL J. WILLIS,

Plaintiff – Appellant,

v.

TOWN OF TRENTON AND ITS OFFICIALS; MAYOR DARLENE SPIVEY;
DANNY BLACKWELL; ROBERT HORVATH; CHARLES C. JONES, JR.,
Council Member; GLENN SPIVEY, Town clerk and Jones County
School Board and its members; MICHAEL BRACEY,
Superintendent; BILLY GRIFFIN; CHARLES GRAY; MARY HALL;
BARRY JONES; LARRY WALSTON; LUVENIA FOSTER, Administrative
Assistant and Liaison Officer as Board Members; JONES
COUNTY BOARD OF COMMISSIONERS; FRANKY HOWARD, County
Manager; FRANK EMORY, Chairman; W. MICHAEL HADDOCK; SONDRA
RIGGS; JOSEPH WIGGINS; ZACK KOONCE, III, Commissioner;
JENNIFER KING, Clerk to the Board, and/or their Successors,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Greenville. Malcolm J. Howard,
Senior District Judge. (4:13-mc-00004-H)

_____

Submitted: October 22, 2013          Decided: October 24, 2013

_____

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Daniel Johnson Willis, Appellant Pro Se. Kathleen Tanner
Kennedy, THARRINGTON SMITH LLP, Raleigh, North Carolina, for

Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel Johnson Willis appeals the district court's order denying authorization to file his 42 U.S.C. § 1983 (2006) complaint. Willis is required to file a motion for leave to file a complaint under a pre-filing injunction imposed by this court and the district court. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Willis v. Town of Trenton, No. 4:13-mc-00004-H (E.D.N.C. June 18, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED